UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
************************************
Scott F. Carmichael,                *
      Plaintiff                     *
                                    *
v.                                  *    Case No. 1:18-cv-00460-LM
                                    *
Contoocook Artesian Well Co., Inc., *
      Defendant                     *
************************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs. All rights of appeal are hereby waived.

                                          Respectfully submitted,
                                          SCOTT F. CARMICHAEL,
                                          By his attorneys,
                                          DOUGLAS, LEONARD & GARVEY, P.C.

Dated:  September 12, 2019        /s/ Benjamin T. King
                                          Benjamin T. King, NH Bar #12888
                                          14 South Street, Suite 5
                                          Concord, NH 03301
                                          (603) 224-1988
                                          benjamin@nhlawoffice.com

                                              and

                                          CONTOOCOOK ARTESIAN WELL CO., INC.
                                          By its attorneys,
                                          GETMAN, SCHULTHESS, STEERE &
                                            POULIN, P.A.

Dated:  September 12, 2019        /s/ Naomi L. Getman
                                          Naomi L. Getman, NH Bar #10484
                                          1838 Elm Street
                                          Manchester, NH 03104
                                          (603) 634-4300
                                          ngetman@gssp-lawyers.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been electronically served through ECF this 12th day of September 23019, to all counsel of record.

                                       /s/ Benjamin T. King
                                       Benjamin T. King